**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF ROSEMARIE STERCHAK, DECEASED | : | No. 445 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: THOMAS DYNO AND JULIA DYNO | : | the Order of the Superior Court |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Application for Leave to Amend is GRANTED, and the Petition for Allowance of Appeal is **DENIED**.